## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

 HANAN ALMILADI

v.

CORNELL COMPANIES, INC. d/b/a ABRAXAS EDUCATION GROUP

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 HANAN ALMILADI

```
FILED: JULY 22, 2008
08CV4145
JUDGE GUZMAN
MAGISTRATE JUDGE DENLOW

TC
```

| |
|---|
| NAME (Type or print) <br> Janice A. Wegner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Janice A. Wegner |
| FIRM <br> Lisa Kane & Associates, P.C. |
| STREET ADDRESS <br> 120 South LaSalle Street, Suite 1420 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06200062 | TELEPHONE NUMBER <br> 312-606-0383 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐