21251-JJO                                                                                                  Case No. 08 C 4145

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Hanan Almiladi**          ) | |
| ) | |
| Plaintiff,          ) | |
| ) | |
| v.          ) | Case No. 08 C 4145 |
| ) | |
| **Cornell Companies, Inc.**, d/b/a **Abraxas**          ) | Judge Guzman |
| **Education Group**,          ) | Magistrate Judge Denlow |
| ) | |
| Defendant.          ) | |

## AGREED MOTION FOR ADDITIONAL TIME
## TO ANSWER OR OTHERWISE PLEAD

Defendant, Cornell Companies, Inc., d/b/a Abraxas Education Group ("Cornell"), by and through its undersigned attorneys and pursuant to F.R.C.P. 6, 7, 8 and 12 moves this Honorable Court to grant its Agreed Motion for Additional Time to Answer or Otherwise Plead to Plaintiff's Complaint. In support of its Motion, Cornell states as follows:

1. On or about July 22, 2008 Plaintiff, Hanan Almiladi, filed her Complaint against Defendant, Cornell.

2. On August 11, 2008 Defendant, Cornell, filed his appearance through counsel.

3. The Cornell representative helping to respond to the pleading is currently ill and out of the office and, therefore, Defendant needs more time to respond to the Complaint.

4. On August 11, 2008, counsel for Plaintiff, Lisa Kane, agreed to grant Cornell an additional fourteen (14) days to Answer to Otherwise plead to Plaintiff's Complaint.

21251-JJO                                                                                           Case No. 08 C 4145

    5.    Such an extension will not delay the proceedings or prejudice any party.

**WHEREFORE**, Defendant, Cornell Companies, Inc., d/b/a Abraxas Education Group, respectfully requests an additional fourteen (14) days, to August 25, 2008, to Answer or Otherwise Plead to the Complaint of Plaintiff, Hanan Almiladi.

    Respectfully submitted,

    O'Hagan Spencer LLC


    By:\s\ Jamie L. Filipovic
    Counsel for Defendant

James J. O'Hagan (ARDC No. 2094754)
Jamie L. Filipovic (ARDC No. 6278943)
O'Hagan Spencer LLC
One E. Wacker Drive
Suite 3400
Chicago, IL 60601
312-422-6100 – Phone
312-422-6110 – Fax