21251-JJO                                                                                    Case No. 08 C 4145

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Hanan Almiladi**              )  | |
|                                 )  | |
|     Plaintiff,       )  | |
|                                 )  | |
| v.                              )  | Case No. 08 C 4145 |
|                                 )  | |
| **Cornell Companies, Inc.**, d/b/a **Abraxas**   )  | Judge Guzman |
| **Education Group**,            )  | Magistrate Judge Denlow |
|                                 )  | |
|     Defendant.        )  | |

### NOTICE OF MOTION

To:   Lisa Kane, Lisa Kane & Associates, P.C., 120 S. LaSalle Street, Suite 1420, Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 14th day of August, 2008 at 9:30 a.m. or soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Guzman or any judge sitting in his stead in Courtroom 1219 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the **Agreed Motion for Additional Time to Answer or Otherwise Plead**, a copy of which has been served upon you.

    Respectfully submitted,

    O'Hagan Spencer LLC


    By:\s\ Jamie L. Filipovic
    Counsel for Defendant

James J. O'Hagan (ARDC No. 2094754)
Jamie L. Filipovic (ARDC No. 6278943)
O'Hagan Spencer LLC
One E. Wacker Drive
Suite 3400
Chicago, IL 60601
312-422-6100 – Phone
312-422-6110 – Fax

21251-JJO                                                                                                          Case No. 08 C 4145

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2008, a copy of foregoing **Notice of Motion** was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                                By:\s\ Jamie L. Filipovic
                                                                Counsel for Defendant

James J. O'Hagan (ARDC No. 2094754)
Jamie L. Filipovic (ARDC No. 6278943)
O'Hagan Spencer LLC
One E. Wacker Drive
Suite 3400
Chicago, IL 60601
312-422-6100 – Phone
312-422-6110 – Fax