AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

HANAN ALMILADI, Plaintiff,

V.

CORNELL COMPANIES, INC. d/b/a
ABRAXAS EDUCATION GROUP,
Defendant.

CASE NUMBER: 08CV4145
JUDGE GUZMAN

ASSIGNED JUDGE: MAGISTRATE JUDGE DENLOW

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

CORNELL COMPANIES, INC. d/b/a ABRAXAS EDUCATION GROUP
c/o Jonathan P. Swatsburg, School Board President
1700 West Loop South, Suite 1500
Houston, TX 77027

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you,      20      days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes

(By) DEPUTY CLERK

July 22, 2008

Date



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Hanan Almiladi,            )
                           )
v                          )         08 CV 4145
                           )
Cornell Companies, Inc., d/b/a  )
Abraxas Education Group,   )

**AFFIDAVIT**

I, Jayme Chacon, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on July 25, 2008 at 1:45 P.M.; I served this Summons and Complaint upon **Cornell Companies, Inc. d/b/a Abraxas Education Group** at 1700 West Loop South, Suite 1500, Houston, TX 77027 by serving:

Name: BARBARA MAY

Title: OFFC MGR.

Description: Sex: Female, Race: White, Age: 50's

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

_signature_  SCH 2516
Process Server

Jayme Chacon