21251-JJO                                                                                          Case No. 08 C 4145

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Hanan Almiladi** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 08 C 4145 |
| | ) |
| **Cornell Companies, Inc.**, d/b/a **Abraxas Education Group**, | )   Judge Guzman |
| | )   Magistrate Judge Denlow |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING

To: Lisa Kane, Lisa Kane & Associates, P.C., 120 S. LaSalle Street, Suite 1420, Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 25th day of August, 2008, Defendant filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Cornell Companies, Inc.'s Answer to Plaintiff's First Amended Complaint.

Respectfully submitted,

O'Hagan Spencer LLC


By: s/ Jamie L. Filipovic
Counsel for Defendant

James J. O'Hagan (ARDC No. 2094754)
Jamie L. Filipovic (ARDC No. 6278943)
O'Hagan Spencer LLC
One E. Wacker Drive
Suite 3400
Chicago, IL 60601
312-422-6100 – Phone
312-422-6110 – Fax

21251-JJO                                                                                    Case No. 08 C 4145

## CERTIFICATE OF SERVICE

      I hereby certify that on August 25, 2008, a copy of foregoing **Notice of Filing and Defendant's Answer to Plaintiff's First Amended Complaint** was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      By:s/  Jamie L. Filipovic
      Counsel for Defendant

James J. O'Hagan (ARDC No. 2094754)
Jamie L. Filipovic (ARDC No. 6278943)
O'Hagan Spencer LLC
One E. Wacker Drive
Suite 3400
Chicago, IL 60601
312-422-6100 – Phone
312-422-6110 – Fax